UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                        Case No. 07-cr-91-01-SM

Luis Castro

O R D E R

Defendant Castro's motion to continue the final pretrial conference and trial is granted (document 8). Trial has been rescheduled for the November 2007 trial period. Defendant Castro shall file a waiver of speedy trial rights not later than July 16, 2007. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** October 29, 2007 at 2:30 p.m.

**Jury Selection**: November 6, 2007 at 9:30 a.m.

SO ORDERED.

*[signature]*
Steven J. McAuliffe
Chief Judge

June 29, 2007

cc:   Jonathan Saxe, Esq.
       Debra Walsh, AUSA
       US Probation
       US Marshal