UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                          Case No.  07-cr-91-01-SM

<u>Juan Evaristo Sanchez-Noboa</u>
 <u>a/k/a Luis Castro</u>

O R D E R

Defendant Sanchez-Noboa's motion to continue the final pretrial conference and trial is granted (document 26).   Trial has been rescheduled for the April 2008 trial period.   Defendant Sanchez-Noboa shall file a waiver of speedy trial rights not later than March 7, 2008.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  March 18, 2008 at 4:30 p.m.

**Jury Selection**:  April 1, 2008  at 9:30 a.m.

SO ORDERED.

_____
/Steven J. McAuliffe
Chief Judge

February 25, 2008

cc:   Jonathan Saxe, Esq.
      Debra Walsh, AUSA
      US Probation
      US Marshal