Case 1:07-cr-00091-SM Document 31 Filed 03/28/08 Page 1 of 2

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
    Plaintiff

       v.                        Case No. 07-cr-91-01-SM

<u>Juan Evaristo Sanchez-Noboa</u>,
    Defendant

<u>O R D E R</u>

Defendant Sanchez-Noboa's motion to continue the trial and reschedule the change of plea hearing is granted (document no. 30). Trial has been rescheduled for the month of May 2008. Defendant Sanchez-Noboa shall file a waiver of speedy trial rights not later than April 7, 2008. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference/Change of Plea Hearing is rescheduled for April 29, 2008 at 11:00 a.m.

Jury selection will take place on May 6, 2008 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

March 28, 2008

cc: Mark Howard, Esq.
    Debra Walsh, AUSA
    U.S. Marshal
    U.S. Probation